IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:09CR453 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY BROOKS WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM ROGERS, | ) | JUDGMENT SATISFACTION |
| | ) | |
| Defendant. | ) | |

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

Respectfully submitted,

DAVID A. SIERLEJA
Acting United States Attorney

By: /s/ Alex Rokakis
Alex Rokakis (OH: 0029078)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3673
(216) 522-4542 (facsimile)
Alex.Rokakis@usdoj.gov